UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Anita Drobny and Sheldon Drobny, | ) | |
| | ) | |
| plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 12 C 5392 |
| | ) | |
| JPMorgan Chase Bank, National Association, | ) | Honorable Robert M. Dow, Jr. |
| Federal Deposit Insurance Corp. (FDIC), | ) | |
| Jamie Dimon, Robert C. Schoppe, Codilis & | ) | |
| Associates, P.C., Earnest J. Codilis, Jr., and | ) | |
| Other Unnamed Conspirators, | ) | |
| | ) | |
| defendants. | ) | |

**MOTION TO DISMISS COMPLAINT**

Defendants JPMorgan Chase Bank, National Association and Jamie Dimon, by their attorney Glenn E. Heilizer, pursuant to Fed. R. Civ. P. 8, 9(b), and 12(b)(6), respectfully move to dismiss Counts I, II, IV, V and VI of the complaint, the only counts asserted against them. In support of this motion, defendants state as follows:

1. This lawsuit arises from JPMorgan Chase Bank's alleged attempts to enforce a mortgage loan made by Washington Mutual Bank to plaintiff Anita Drobny in 2007.

2. Plaintiff Anita Drobny and her husband, Sheldon Drobny, accuse JPMorgan Chase Bank and its chief executive officer of improperly attempting to foreclose on the mortgage while failing to provide a mortgage loan modification, for the improper purpose of saving costs on Washington Mutual Bank mortgage loans.

- 2 -

Plaintiffs purport to assert claims under Sections 1962(a)-(c) of the Racketeer Influenced and Corrupt Organizations Act, together with pendent state law claims for fraud, consumer fraud, and intentional infliction of emotional distress.

       3.      As set forth in the contemporaneously filed memorandum of law, Counts I, II, IV, V and VI of the complaint (the only claims asserted against JPMorgan Chase Bank and Mr. Dimon) violate threshold pleading requirements under Rules 8 and 9(b) of the Federal Rules of Civil Procedure, and further fail to state viable claims for relief pursuant to Rule 12(b)(6).

       Wherefore, defendants JPMorgan Chase Bank, National Association and Jamie Dimon respectfully request that Counts I, II, IV, V and VI of the complaint be dismissed, and such further relief as is just and proper.

                                            JPMORGAN CHASE BANK,
                                            NATIONAL ASSOCIATION
                                            AND JAMIE DIMON

                                            By:    /s/ Glenn E. Heilizer
                                                    One of their attorneys

Glenn E. Heilizer
Law Offices of Glenn E. Heilizer
Five North Wabash Avenue
Suite 1304
Chicago, Illinois 60602
312-759-9000
glenn@heilizer.com
ARDC No. 6196412

Dated: August 27, 2012